**IN THE COURT OF APPEALS OF TENNESSEE**
**AT NASHVILLE**

**FILED**

**October 14, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

METRIC PARTNERS GROWTH )
SUITE INVESTORS, L.P., )
                      )
      Plaintiff/Appellee, )
                      )  Appeal No.
VS. )  01-A-01-9712-CH-00723
                      )
NASHVILLE LODGING COMPANY; )  Davidson Chancery
2300 ELM HILL PIKE, INC., )  No. 96-1405-III
                      )
      Defendants/Appellants, )
                      )
and )
                      )
ORLANDO RESIDENCE, LTD.; and )
LA SALLE NATIONAL BANK as )
trustee under that certain pooling and )
servicing agreement dated )
July 11, 1995, for the holders of the )
WHP Commercial Mortgage Pass )
Through Certificates, Series 1995C1, )
and ROBERT M. HOLLAND, JR., )
Trustee, )
                      )
      Defendants/Appellees. )

## ORDER ON PETITION TO REHEAR

The appellants have filed a petition to rehear which we have considered and found to be without merit. It is, therefore, ordered that the petition be overruled.

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION

_____
BEN H. CANTRELL, JUDGE

_____
WILLIAM B. CAIN, JUDGE